CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JAN 17 2023

LAURA A. AUSTIN, CLERK
BY:
DEPUTY CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 21-2926

———————

XCOAL ENERGY & RESOURCES

v.

BLUESTONE ENERGY SALES CORPORATION;
SOUTHERN COAL CORPORATION; JAMES C. JUSTICE, II,
Appellants

———————

On Appeal from the United States District Court
for the District of Delaware
(District Court Civil No. 1-18-cv-00819)
District Judge: Honorable Leonard P. Stark

Submitted Under Third Circuit L.A.R. 34.1(a)
July 15, 2022

BEFORE: GREENAWAY, JR., MATEY, and NYGAARD, *Circuit Judges*

———————

JUDGMENT

———————

This cause came to be considered on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on July 15, 2022.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the said District Court entered on September 28, 2021, be and the same is hereby AFFIRMED.

Costs taxed against appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATED: July 21, 2022

Certified as a true copy and issued in lieu
of a formal mandate on ___August 25, 2022___

Teste: _Patricia S. Dodszuweit_
**Clerk, U.S. Court of Appeals for the Third Circuit**

Pursuant to the Court's order entered on September 27, 2022 additional costs taxed as follows: Attorneys fees are awarded in favor of Appellee Xcoal Energy & Resources in the amount of $88,866.24.

(Amended Mandate)
Certified as a true copy and issued in lieu
of a formal mandate on ___September 27, 2022___

Teste: _Patricia S. Dodszuweit_
**Clerk, U.S. Court of Appeals for the Third Circuit**

A TRUE COPY
DEPUTY CLERK

2